IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| XAVIER FLORES - ALL RIGHTS RESERVED,<br><br>     Plaintiff,<br><br>  vs.<br><br>U.S. DEPARTMENT OF JUSTICE;<br>U.S. MARSHALS SERVICE; FRED<br>EDWARDS - SENIOR INSPECTOR<br>U.S.M.S.,<br><br>     Defendants. | CIVIL NO. 15-00538 HG-RLP |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF NO. 4)**

On December 30, 2015, the Magistrate Judge filed Findings and Recommendation as to Plaintiff Xavier Flores' ("Plaintiff") Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 4). Plaintiff timely filed two responsive documents, entitled "Appeal to proceed without prepaying fees or cost" (ECF No. 5) and "Reconsider Decision" (ECF No. 6). The Court construes these filings as objections to the Magistrate Judge's Findings and Recommendation.

The Court reviews those portions of the Findings and Recommendation to which Plaintiff objects *de novo*. 28 U.S.C. § 636(b)(1). The portions to which Plaintiff does not object are reviewed for clear error. Stow v. Murashige, 288 F.Supp.2d 1122, 1127 (D. Haw. 2003).

1

Plaintiff's filings are difficult to understand and do not add any new information that would change the Magistrate Judge's reasoning, as put forth in the Findings and Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (ECF No. 4) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, January 19, 2016.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge